IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LEE CARTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-4956 |
| | § | |
| US SECURITIES & EXCHANGE COMMISSION, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum and Order of even date, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on May 27, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge